**Bobby James MOORE, Petitioner–Appellee,**

v.

**Gary L. JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellant.**

**No. 95–20871.**

United States Court of Appeals, Fifth Circuit.

Oct. 27, 1999.

Richard Royce Fletcher (argued), Kristi Franklin Hyatt, Cotton, Bledsoe, Tighe & Dawson, Midland, TX, for Petitioner–Appellee.

Douglas A. Danzeiser (argued), Austin, TX, for Respondent–Appellant.

ON PETITION FOR REHEARING EN BANC

Before SMITH, EMILIO M. GARZA and DeMOSS, Circuit Judges.

PER CURIAM:

Given that no member of the panel, nor judge in regular active service of the court has requested that the court be polled on Rehearing En Banc, the subject Petition for Rehearing En Banc will be treated as a Petition for Panel Rehearing. Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is GRANTED in part and DENIED in part. The Petition for Panel Rehearing is GRANTED to the extent that the panel opinion published as *Moore v. Johnson*, 185 F.3d 244 (5th Cir. 1999) is hereby withdrawn and replaced with the opinion issued by the court on this date, in which the Court has clarified its holding in part VI of the opinion with respect to Moore's showing of *Strickland* prejudice. In all other respects, the Petition for Rehearing En Banc is DENIED.